**Appeal Dismissed and Memorandum Opinion filed January 14, 2020**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00712-CV

## DATRIL BOSTON D/B/A MR. DAY RENTS AND APARTMENT EXPRESS, LLC, Appellants

### V.

## LESLIE W.M. ADAMS, ATTORNEY AT LAW, PLLC D/B/A LESLIE W.M. ADAMS & ASSOCIATES, Appellee

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2016-21074**

## MEMORANDUM OPINION

This is an appeal from a judgment signed August 6, 2019. The notice of appeal was filed September 5, 2019. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207.

On December 5, 2019, this court ordered appellant to pay the appellate filing fee on or before December 20, 2019, or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.